FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
SEP 26 PM 4: 54
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| BOBBY COURSON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-146 |
| v. | * | |
| DEREK EDGE, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Petitioner Bobby Courson ("Courson") filed Objections to the Report and Recommendation. Dkt. No. 15.

In his Objections, Courson restates his request that this Court direct the Bureau of Prisons ("BOP") to credit a six-month "missing portion" of his sentence against his federal sentence. Id. at p. 5. The six-month period Courson seeks the BOP to credit against his federal sentence is May 28, 2015 through November 27, 2015. On May 28, 2015, the Coffee County Superior Court revoked Courson's probation and sentenced him to six

months' imprisonment. Courson completed that six-month sentence on November 27, 2015. Dkt. No. 1, p. 2.

The Court notes Courson was in a federal facility during this period. However, as the Magistrate Judge explained, Courson was transferred to secondary federal custody on June 15, 2015 and was not in exclusive federal custody until November 28, 2015, the day after Courson finished serving his state probation revocation sentence. Dkt. No. 14, p. 4. Approximately four months later, on March 29, 2016, this Court sentenced Courson to a federal term of imprisonment. Id. The BOP credited Courson's federal sentence for the dates of December 20, 2014 (the date state authorities arrested him related to his federal offense) through May 27, 2015 (the day before the imposition of his state revocation sentence) and from November 28, 2015 (the day Courson was in exclusive federal custody) through March 28, 2016 (the day before this Court sentenced him). Id. During the six-month period in between–May 28, 2015 to November, 2015–Courson was serving his state probation revocation sentence. Courson, however, seeks credit against his federal sentence for this six-month period. Id. at p. 5.

Based on these facts, Courson cannot receive credit against his federal sentence for this same six-month period, as to do so would be to give him "double credit." Espinoza-Garcia v. Johns, 5:15-cv-62, 2017 WL 3785218, at *3 (S.D. Ga. Aug. 31, 2017)

AO 72A
(Rev. 8/82)

(noting the statutory prohibition against "double credit," i.e., in cases where the petitioner already had time credited against his state sentence, that time could not also be credited against the federal sentence), *adopted by* 2017 WL 6029619 (S.D. Ga. Dec. 5, 2017). As the Magistrate Judge observed, the BOP did not err or abuse its discretion by not crediting Courson's federal sentence with time already credited against his state revocation sentence. Dkt. No. 14, p. 5.

In addition, the Court notes it did order Courson's federal sentence to run concurrently with any term of confinement "which may be imposed" in his Coffee County revocation proceedings. J., <u>United States v. Courson</u>, 2:15-cr-10 (S.D. Ga. Mar. 31, 2016), ECF No. 313, p. 2. However, at the time Courson appeared before the Court for sentencing in his federal case, he had already been sentenced in the Coffee County proceedings, and he had already completed that sentence. Dkt. No. 14, p. 7. Because that state sentence had already been imposed and completed (or discharged), there was no sentence with which this Court could order Courson's federal sentence run concurrently.

Courson's Objections do not demonstrate any error in the findings and recommendations of the Magistrate Judge. Therefore, the Court **OVERRULES** Courson's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Courson's Petition, **DIRECTS** the

3

Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Courson *in forma pauperis* status on appeal.

**SO ORDERED**, this ___26___ day of ___September___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)